```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

ALLEN MILLER,                      )
                                   )
            Plaintiff,             )      8:08CV311
                                   )
      V.                           )
                                   )
DR. RAJDEEP SINGH SANDHU, DR.      )         ORDER
APAR GANTI, DR. MARK A.            )
CARLSON, OTHER UNKNOWN             )
MEDICAL PERSONNEL FROM             )
UNIVERSITY OF NEBRASKA             )
MEDICAL CENTER, STATE OF           )
NEBRASKA, and UNITED STATES        )
OF AMERICA,                        )
                                   )
            Defendants.            )
                                   )
```

IT IS ORDERED:

1. The unopposed motion for extension of time filed by defendant State of Nebraska, d/b/a The University of Nebraska Medical Center, filing 14, is granted. Defendant State of Nebraska, d/b/a The University of Nebraska Medical Center shall file its response to the plaintiff's complaint on or before September 23, 2008.

2. The unopposed motion for extension of time filed by defendant United States of America, filing 15, is granted. Defendant United States of America shall file its response to the plaintiff's complaint on or before September 12, 2008.

DATED this 27th day of August, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge