IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALLEN MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV311 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA; | ) | **JUDGMENT** |
| OTHER UNKNOWN MEDICAL | ) | |
| PERSONNEL FROM UNIVERSITY | ) | |
| OF NEBRASKA MEDICAL | ) | |
| CENTER; STATE OF NEBRASKA | ) | |
| d/b/a UNIVERSITY OF NEBRASKA | ) | |
| MEDICAL CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the memoranda, orders, and stipulations previously filed in this case, judgment is hereby entered as follows:

1. Defendants State of Nebraska d/b/a University of Nebraska Medical Center and Other Unknown Medical Personnel from University of Nebraska Medical Center are dismissed without prejudice, with each party to bear their own costs and complete record waived;

2. Defendant United States of America is dismissed with prejudice, with each party to bear their own costs and complete record waived;

3. The Clerk of Court shall close this case.

DATED this 21st day of July, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge